STEPHENSON v. OSAGE COAL & MINING CO. (Circuit Court of Appeals, Eighth Circuit. May 19, 1902.) No. 1,684. In Error to the Court of

Appeals of the United States in the Indian Territory. Samuel A. Wilkinson, for plaintiff in error. Dismissed, with costs, on motion of plaintiff in error.